FILED

15 MAY -6 PM 2:50

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **I N D I C T M E N T** |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5 : 15 CR 164 |
| v. ) | |
| ) | Title 18, Sections 876(c) and |
| DREW D. MANNS, ) | 1038(a)(1), United States Code |
| ) | |
| Defendant. ) | **JUDGE POLSTER** |

COUNT 1

The Grand Jury charges:

On or about August 19, 2014, in the Northern District of Ohio, the defendant, DREW D. MANNS, did knowingly deposit in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and caused to be delivered by the United States Postal Service according to the directions thereon, a communication addressed to the Criminal Division of the Summit County Prosecutor's Office, and containing a threat to injure such persons therein, in violation of Title 18, United States Code, Section 876(c).

## COUNT 2

The Grand Jury further charges:

On or about August 19, 2014, in the Northern District of Ohio, the defendant, DREW D. MANNS, did engage in conduct with intent to convey false and misleading information under circumstances where such information might reasonably have been believed, and where such information indicated that an activity had taken, was taking, and would take place, that would constitute a violation of Title 18, United States Code Sections 2332a(2)(A) (Use of Weapons of Mass Destruction), to wit: DREW D. MANNS sent a letter, via United States Postal Service, containing white powder to the Criminal Division of the Summit County Prosecutor's Office, a property within the United States, in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 3

The Grand Jury further charges:

On or about August 20, 2014, in the Northern District of Ohio, the defendant, DREW D. MANNS, did knowingly deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and caused to be delivered by the United States Postal Service according to the directions thereon, a communication addressed to the Criminal Division of the Summit County Clerk of Courts, and containing a threat to injure such persons therein, in violation of Title 18, United States Code, Section 876(c).

## COUNT 4

The Grand Jury further charges:

On or about August 20, 2014, in the Northern District of Ohio, the defendant, DREW D. MANNS, did engage in conduct with intent to convey false and misleading information under circumstances where such information might reasonably have been believed, and where such information indicated that an activity had taken, was taking, and would take place, that would constitute a violation of Title 18, United States Code Sections 2332a(2)(A) (Use of Weapons of Mass Destruction), to wit: DREW D. MANNS sent a letter, via United States Postal Service, containing white powder to the Criminal Division of the Summit County Clerk of Courts, a property within the United States, in violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.